# United States District Court
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA  DIVISION**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:16CR3(4) |
| | § | |
| MARCO A. ALCARAZ-GUERRERO | § | |


## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE


The above-styled matter was referred to the Honorable Caroline M. Craven, United States

Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal

Procedure.  Judge Craven conducted a hearing on November 8, 2016  in the form and manner

prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation

(document # 136).   Judge Craven recommended that the Court accept Defendant's guilty plea and

conditionally approve the plea agreement.  She further recommended that the Court finally adjudge

Defendant as guilty of Count 1 of the Indictment filed against Defendant in this cause.

All parties have waived objections to the magistrate judge's findings.  The Court is of the

opinion that the Report and Recommendation should be accepted.  It is accordingly **ORDERED**

that the Report and Recommendation of the United States Magistrate Judge (document # 136) is

**ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further,

the plea agreement is approved by the Court, conditioned upon a review of the presentence report.

It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant

**GUILTY** of Count 1 of the Indictment in the above-numbered cause and enters a **JUDGMENT**

**OF GUILTY** against the Defendant as to Count 1  of the Indictment.

      **SIGNED this 14th day of November, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE